UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HYDRO-PHOTON, INC.<br><br>    Plaintiff,<br><br>v.<br><br>MERIDIAN DESIGN, INC.<br><br>    Defendant. | C.A. No. 05-11240 GAO |

## UNOPPOSED MOTION TO ADMIT
## PETER MIDGLEY AND MATTHEW WHIPPLE *PRO HAC VICE*

  Pursuant to Local Rule 83.5.3, the defendant Meridian Design, Inc. by its undersigned counsel, Christopher Centurelli, hereby applies for an order permitting Peter Midgley, Esq. and Matthew Whipple, Esq. to appear as counsel *pro hac vice* in the above-captioned action.

  In support of this motion, undersigned counsel states the following:

  1.  I, Christopher Centurelli, am an attorney with the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP.

  2.  I am a member in good standing with the bar of this Court.

  3.  Under Local Rule 83.5.3, a member in good standing of the bar of any United States District Court or the bar of the highest court of any state may appear, by permission of the Court, in any case in this Court upon certificate that: (1) the applicant attorney is a member in good standing in every jurisdiction where the applicant has been admitted to practice; (2) there are no disciplinary proceedings pending against the applicant; and (3) the applicant is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

BOS-883555 v2 0520675-0901

4.	As reflected in the Certificates of Good Standing attached as Exhibits A and B to this Motion, Peter Midgley, Esq. and Matthew Whipple Esq. meet all of the requirements for admission *pro hac vice* as set forth in Local Rule 83.5.3(b).

5.	A check covering the $100.00 fee for Messrs. Midgley and Whipple's requests to appear will be submitted with this motion.

WHEREFORE, the undersigned respectfully moves this Court to sign the Order attached hereto as Exhibit C granting this Motion for Admission *Pro Hac Vice*.

### CERTIFICATE OF CONSULTATION

I certify that I conferred via telephone with Patricia A. Sheehan, counsel for the plaintiff, on July 28, 2005.  Ms. Sheehan stated that plaintiff did not oppose entry of this motion.

Dated:  July 28, 2005                                          Respectfully submitted,

 /s/Christopher Centurelli/s/
Christopher Centurelli (BBO #640974)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100

Peter Midgley
Matthew Whipple
Holland & Midgley LLP
802 West Bannock Street, Suite 305
P.O. Box 1840
Boise, ID  83701
(208) 336-1234

*Attorneys for*
MERIDIAN DESIGN, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYDRO-PHOTON, INC.<br><br>      Plaintiff,<br><br>v.<br><br>MERIDIAN DESIGN, INC.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-11240 GAO<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF GOOD STANDING BY PETER MIDGLEY, ESQ.

I, Peter Midgley, an attorney with the firm Holland & Midgley, LLP, 802 West Bannock Street, Suite 305, Boise, ID 83701, hereby certify:

1. I am a member of the bars of the states of Idaho and California.

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

4. I have reviewed and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 12 day of July, 2005.

Dated: July 12, 2005

Respectfully submitted,

Peter Midgley, Esq.
Holland & Midgley LLP
802 West Bannock Street, Suite 305
P.O. Box 1840
Boise, ID 83701
(208) 336-1234

*Attorney for defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HYDRO-PHOTON, INC.    )
        Plaintiff,    )
v.    )   C.A. No. 05-11240 GAO
MERIDIAN DESIGN, INC.    )
        Defendant.    )

## CERTIFICATE OF GOOD STANDING BY MATTHEW WHIPPLE, ESQ.

I, Matthew Whipple, an attorney with the firm Holland & Midgley, LLP, 802 West Bannock Street, Suite 305, Boise, ID 83702, hereby certifies:

1. I am a member of the bars of the states of Idaho and Virginia.

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

4. I have reviewed and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 20th day of July, 2005.

Dated: July 20, 2005

Respectfully submitted,

_____
Matthew Whipple, Esq.
Holland & Midgley LLP
802 West Bannock Street, Suite 305
P.O. Box 1840
Boise, ID 83701
(208) 336-1234

*Attorney for MERIDIAN DESIGN, INC.*

BOS-881033 v1 0950000-0102

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYDRO-PHOTON, INC. ) ) ) Plaintiff, ) ) v. ) MERIDIAN DESIGN, INC. ) ) Defendant. ) ) ) ) | C.A. No. 05-11240 GAO |

**ORDER TO ADMIT PETER MIDGLEY AND MATTHEW WHIPPLE *PRO HAC VICE***

Upon consideration of the Motion to Admit Peter Midgley and Matthew Whipple *Pro Hac Vice*, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that Peter Midgley, Esq. and Matthew Whipple, Esq. shall be and hereby are authorized to appear *pro hac vice* in this action.

                Hon. George A. O'Toole, Jr.
                United States District Judge

BOS-883557 v1