UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HYDRO-PHOTON, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERIDIAN DESIGN, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 05-11240 GAO |

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), Defendant Meridian Design, Inc. hereby certifies that it has conferred with counsel: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

_____
Dan Matthews
Chief Operations Officer
MERIDIAN DESIGN, INC.
2033 San Elijo Avenue
Cardiff, CA 92007

Respectfully submitted,

_____
Peter M. Midgley, Esq.
HOLLAND & MIDGLEY, LLP
P.O. Box 1840
Boise, ID 83701

*Counsel for MERIDIAN DESIGN, INC.*