AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

HYDRO-PHOTON, INC.,
    Plaintiff,

v.

MERIDIAN DESIGN, INC.,
    Defendant.

**APPEARANCE**

Case Number: 05-11240 GAO

*(Filed stamp: U.S. District Court, District of Mass., 2005 OCT 25 P 1:46)*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

HYDRO-PHOTON, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/25/2005 | /s/ John L. Capone |
| Date | Signature |
| | John L. Capone     656,150 |
| | Print Name     Bar Number |
| | Cesari and McKenna, LLP, 88 Black Falcon Avenue |
| | Address |
| | Boston    MA    02210 |
| | City    State    Zip Code |
| | (617) 951-2500    (617) 951-3927 |
| | Phone Number    Fax Number |