ROBERT A. CESARI
JOHN F. McKENNA
MARTIN J. O'DONNELL
THOMAS C. O'KONSKI
PATRICIA A. SHEEHAN
MICHAEL E. ATTAYA
CHARLES J. BARBAS
WILLIAM A. LOGINOV
MICHAEL R. REINEMANN
JOHN L. CAPONE
RITA M. ROONEY
KEVIN GANNON
DUANE H. DREGER
JAMES A. BLANCHETTE
JAMES M. BEHMKE

# CESARI AND MCKENNA, LLP
ATTORNEYS AT LAW
88 BLACK FALCON AVENUE
BOSTON, MASSACHUSETTS 02210

(617) 951-2500

INTELLECTUAL PROPERTY
AND RELATED
CAUSES

A. SIDNEY JOHNSTON
EDWIN H. PAUL
OF COUNSEL

STEPHEN E. KABAKOFF
SHANNEN C. DELANEY
PATENT AGENTS

TELECOPIER
(617) 951-3927

WEB SITE
www.c-m.com

October 28, 2005

**BY ELECTRONIC FILING**

Hon. George A. O'Toole
United States District Judge, District of Massachusetts
John Joseph Moakley U.S. Courthouse
Suite 5130
1 Courthouse Way
Boston, MA 02210

Re:  Hydro-Photon, Inc. v. Meridian Design, Inc.
     Civil Action No.: 05-11240 GAO
     Our File No. 108030-0011

Dear Judge O'Toole:

During a Scheduling Conference held on October 25, 2005, the Court advised the parties that their proposed Protective Order would be entered once Paragraph 10 was amended to provide that a redacted copy of any document to be filed under seal will accompany the document filed under seal so that the redacted copy of that document may be filed in the public record.

The Protective Order has been amended accordingly and is being electronically filed concurrently herewith.

## CESARI AND MCKENNA, LLP

Hon. George A. O'Toole
October 28, 2005
Page 2

      Entry of the proposed Protective Order is respectfully requested.

                                  Sincerely,

                                  John L. Capone

JLC:J
Attachment
cc:  Peter M. Midgley, Esq.

H:\108\030\0011\Letters\O'Toole.doc