REDACTED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HYDRO-PHOTON, INC.,
a Maine Corporation

            Plaintiff,

v.

MERIDIAN DESIGN, INC., a California
Corporation

            Defendant.

Civil Action No. 05-11240 GAO

## DECLARATION OF KEVIN GANNON, ESQ. IN SUPPORT OF HYDRO-PHON, INC.'S CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Kevin Gannon, do hereby state and depose as follows:

1.    I am an attorney at Cesari and McKenna, LLP, and am counsel to Plaintiff Hydro-Photon, Inc. ("HPI").

2.    I submit this declaration on personal knowledge and belief in support of Plaintiff Hydro-Photon, Inc.'s Memorandum in Opposition to Defendant Meridian Design, Inc.'s Motion for Summary Judgment of Noninfringement and in Support of Plaintiff's Cross Motion for Partial Summary Judgment of Infringement. To the extent that matters herein are stated on information and belief, I believe them to be true.

3.    Attached hereto as Exhibit A is a true and accurate copy the patent application filed by HPI directed to its water purification system Serial No. 08/790,750, filed on January 1, 1997 (the "'750 application").

4.    Attached hereto as Exhibit B is a true and accurate copy the Amendment in the '750 application dated July 17, 1997.

5.    Attached hereto as Exhibit C is a true and accurate copy the Amendment in the '750 application dated November 18, 1997.

6.      Attached hereto as Exhibit D is a true and accurate copy the Amendment After Final Rejection in the '750 application dated December 4, 1998.

7.      Attached hereto as Exhibit E is a true and accurate copy an Amendment dated June 23, 1999 to the patent application filed by HPI directed to its water purification system Serial No. 09/256,054, filed on February 23, 1999 (the '054 application").

8.      Attached hereto as Exhibit F is a true and accurate copy the Amendment in the '054 application dated November 18, 1999.

# REDACTED

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28 DAY OF NOVEMBER 2005.

                              Kevin Gannon, Esq.

# EXHIBIT A



108030-0001

UNITED STATES PATENT APPLICATION

*of*

Miles Maiden

*and*

Robert Watkins

*for*

## HAND-HELD ULTRAVIOLET WATER PURIFICATION SYSTEM

- 10 -

## ABSTRACT

A hand-held water purification system includes a pen-light sized ultraviolet lamp that is enclosed in a quartz cover and is powered by a battery and associated ballast circuitry. The battery and ballast circuitry are connected to the lamp by switches that are under the control of a liquid-level sensor. The sensor connects the battery, the ballast circuitry and the lamp once the sensor determines that the ultraviolet lamp is fully immersed in the water. If the container that holds the water is relatively large, the lamp and quartz cover end of the system are used to stir the water, to ensure that all of the water comes sufficiently close to the ultraviolet lamp.

*08/790,750*





08/790750

- 1 -

## FIELD OF THE INVENTION

The invention relates to systems for disinfecting water using ultraviolet light.

## BACKGROUND OF THE INVENTION

5      It is known that ultraviolet ("UV") light in the germicidal range, of approximately 254nm, can be used to disinfect water, that is, to rid water of bacteria, viruses, algae and so forth.  Known prior water purification systems that use UV light are large, installed systems that

10    each include a flow-through subsystem, which causes water to travel past an elongated UV light source that is suspended therein.  A quartz sleeve surrounds the UV light source, to protect it and its electrical connections from the water while allowing the UV radiation to pass to the water. Such systems are currently used to purify water for use in, for example,

15    hospitals or schools.

The flow-through subsystems each essentially include a flow-through chamber, i.e., a pipe.  As water flows through the pipe, it travels past the quartz sleeve, and thus, the UV light source, and is exposed to UV radiation.  The UV radiation kills the bacteria, viruses and so forth

20    that are present in the water.  Waste byproducts may build up on the quartz sleeve, and accordingly, the systems include wiper mechanisms that periodically clean the quartz sleeves.  These systems typically include a mechanism, such as a viewing port and/or a sensor, for determining the output level of the lamp.  A user can visually check the

25    lamp through the view port to ensure both that the lamp is turned on and

108030-0001

- 2 -

that the quartz sleeve is sufficiently clean to pass the level of UV radiation required to disinfect the water.  The sensor measures the UV radiation for the same purpose.

5    These flow-through systems work well for disinfecting relatively large quantities of water.  They are not, however, suitable for disinfecting small quantities of water.

Today campers, hikers, travelers and the like encounter bacteria and virus infected water in streams, lakes and rivers, and in some countries even in the local plumbing.  These hikers, campers and 10  travelers must thus either carry bottled water with them or use portable filtering systems and/or chlorine, hydrogen peroxide or iodine tablets, to disinfect the water.  The filtering systems are generally bulky, and thus, inconvenient to carry.  Further, while they may remove bacteria and algae from the water, they do not remove viruses, which are typically too 15  small to be caught in the filters. The chemical tablets are certainly portable but they are relatively expensive.  Further, the tablets change the taste and smell of the water and add undesirable chemical byproducts to the water.  Indeed, the tablet manufacturers generally warn against continuous use of the tablets, for health reasons.

20

## SUMMARY OF THE INVENTION

The invention is a portable, hand-held water purifier that uses UV light to disinfect small quantities, or batches, of water.  The water purifier, which is approximately the size and shape of a pen light, has 25  extending from one end a small UV lamp with a quartz cover.  The

108030-0001

- 3 -

cover, and thus, the lamp, are dipped into a container of water and the lamp is then turned on, to rid the water of infectious agents. As necessary, the user may use the lamp end of the system to agitate the water, to ensure that all of the water passes sufficiently close to the lamp.

5        The system, which is battery-operated, further includes a liquid-level sensor at the base of the UV lamp. The sensor prevents the lamp from turning on until the lamp is fully immersed in the water. The container and the water act to shield the UV radiation, such that very little is emitted from the container. This prevents potentially harmful

10      UV radiation from reaching the user and, in particular, the user's eyes.


### BRIEF DESCRIPTION OF THE DRAWINGS

The above and further advantages of the invention may be better understood by referring to the following description in conjunction with

15      the accompanying drawings, in which:

Fig. 1 is a cut away side view of a portable water purification system constructed in accordance with the invention; and

Fig. 2 illustrates the portable water purification system of Fig. 1 in use.

20


### DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

Fig. 1 illustrates a portable, hand-held water purification system 10 for disinfecting water in relatively small batches. The system includes,

108030-0001

- 4 -

extending from a first end 11, a pen-light sized quartz UV lamp 12 that emits light in the germicidal range. In the exemplary system, the lamp 12 emits light at 254nm. The lamp is powered through ballast circuitry 13 by a battery 14, which in the exemplary system is a size AA, 3.4 volt rechargeable lithium battery. A quartz cover 16 surrounds the UV lamp 12 on three sides. The quartz cover 16 fits into a holder 18 that also acts as a shock absorber for the lamp 12. The holder 18 thus compresses and bends, as appropriate, should the cover 16, and thus, the lamp 12, bump an edge or side of a container 32 (Fig. 2) into which they are placed. In the exemplary system the holder 18 is made of silicon and forms a water-tight seal with the cover 16, to prevent water from reaching the lamp and the associated circuitry. A removable protective cover 35 protects the lamp and quartz cover when the device is not in use.

A liquid-level sensor 20, which is connected to switches (not shown) between the lamp 12, and the ballast circuitry 13 and battery 14, prevents the UV lamp from turning on until it is fully immersed in water. The UV radiation from the lamp is then absorbed and/or reflected by the water and the container such that very little of the UV radiation escapes from the container. The user, who is holding the other end 21 of the system, is thus protected from harmful levels of the UV radiation, which might otherwise adversely affect his or her eyes.

The sensor 20 may, for example, be a capacitive-type sensor that senses the difference in capacitance of the water and the surrounding air. When the sensor determines that it is in water, which necessarily means that the lamp is immersed in the water, the sensor closes the switches and allows the lamp to be turned on.

The water purifier 10 may also include a timing circuit 22

108030-0001

- 5 -

connected between the sensor and the lamp and associated circuitry.
The timing circuit turns the lamp off a predetermined time, for example,
15 seconds, after the sensor 20 turns the lamp on.

The battery 14 and related circuitry are encased in a water-
resistant tube 24. In the exemplary embodiment, the tube 24 is
constructed of stainless steel. The entire water purifier is approximately
six and three-quarters inches long and five-eighths of an inch in
diameter, and fits comfortably in one hand. The tube 24 includes two
parts, namely, a top 23 and a bottom 26, that screw together at a joint 25,
so that the battery 14 can be replaced, as necessary. A silicon O-ring 26
makes the joint 25 water-tight.

The user controls the system with an on-off switch 28. As
discussed above, the lighting of the lamp 12 is ultimately controlled by
the liquid-level sensor 20, such that the lamp lights only when both the
on-off switch 28 is in the on position and the lamp is fully immersed in
water.

The water purifier 10 may also include a battery charger 30,
which in the exemplary system is a conventional inductive-type charging
circuit. Further, the purifier may include a power-on LED 29 and a low-
battery LED 31, which indicate to a user, respectively, that the UV lamp
is lit and that the battery needs replacing or recharging.

Referring now to Fig. 2, a user places the lamp end 11 of the
water purifier 10 in water 34 that is, in the example, contained in a
drinking glass 32. The user turns the system 10 on by moving the on-off
switch 28 to the appropriate position. When the liquid-level sensor 20
determines that the lamp is fully immersed in the water, the sensor

108030-0001

- 6 -

closes the switches (not shown) that separate the ballast circuitry 13 and the battery 14 (Fig. 1) from the lamp 12, and the lamp then turns on. The sensor 20 also starts the timing circuit 22 that keeps the lamp lit for a predetermined time.

5      The user may use the lamp end 11 of the system 10 to stir the water 34, to ensure that all of the water comes sufficiently close to the source of the UV radiation. If the container is small, however, the user need not stir the water.

       After use, the user may wipe or wash the quartz sleeve 16, to
10     clear away any waste byproducts that may have adhered to the sleeve and may adversely affect the output level of the device. Accordingly, the hand held purifier need not include a complex wiping mechanism and associated radiation-level sensor, as is required in the prior flow-through systems.

15     The hand-held UV water purification system 10 is thus a fully portable system that disinfects relatively small quantities, or batches, of water, such as the water contained in a drinking glass. The water purifier 10 is small and light weight so that it is easily and conveniently used when traveling, hiking, camping and so forth. This is in contrast to
20     known flow-through UV water purification systems that are designed to disinfect large quantities of water for schools, hospitals and so forth. Such flow-through systems are installed such that water is piped past an elongated UV light source that is permanently suspended in the piping. These flow-through systems do not work with the small quantities of
25     water with which the hand-held portable system is expected to be used, and are not conveniently portable.

108030-0001

- 7 -

The foregoing description has been limited to a specific embodiment of this invention. It will be apparent, however, that variations and modifications may be made to the invention, with the attainment of some or all of its advantages. Therefore, it is the object of the appended claims to cover all such variations and modifications as come within the true spirit and scope of the invention.

What is claimed is:

108030-0001

- 8 -

## CLAIMS

*Sub A1* 1. A hand-held water purification system including:

    A.   a case that supports the system, the case having a first end and a second end and being sized to be held in one hand;

    B.   an ultraviolet lamp that extends from the first end of the case;

    C.   a quartz cover that fits over the ultraviolet lamp and attaches to the case; and

    D.   a battery and associated ballast circuit that fit into the case and power the lamp;

wherein the quartz cover is submerged in the water and the lamp is turned on to purify the water.

*Sub B2* 2. The system of claim 1 further including a liquid-level sensor that prevents the lamp from turning on until the lamp is immersed in water.

3. The system of claim 2 further including a timing circuit that turns the lamp off a predetermined time after the sensor turns the lamp on.

*3.* 4. The system of claim 2 wherein:

    a.   the battery is rechargeable; and

    b.   the system further includes a battery charger.

*Sub A2* 5. A method of purifying water that is held in a container, the method including the steps of:

    A.   turning a hand-held water purification system on;

    B.   immersing an ultraviolet lamp and associated quartz cover that extend from a first end of the system in the water to be purified;

108030-0001

- 9 -

    C.  sensing that the lamp is immersed fully in the water; and

    D.  turning the lamp on to emit ultraviolet radiation in the container, the radiation purifying the water.

5    6. The method of claim 5 further including the step of agitating the water by stirring the water with the first end of the system.

*Sub D 4*    7. the method of claim 5 further including the step of turning the lamp off a predetermined time after the lamp is turned on.

*Sub A 3*    8. A method of purifying water that is held in a container, the method including the steps of:

    A.  immersing an ultraviolet lamp and an associated quartz cover that form one end of a water purification system in the water to be purified;

    B.  turning the lamp on to emit ultraviolet radiation in the water; and

    C.  agitating the water by stirring the water with the lamp and quartz cover end of the system, the radiation from the lamp purifying the water.

*Sub B 6*    9. The method of claim 8 further including the step of sensing that the lamp is immersed fully in the water before turning on the lamp.

    10. The method of claim 5 further including the step of turning the lamp off a predetermined time after the lamp is turned on.

*add A 4*

*10*

108030-0001

# EXHIBIT B

CAU 1312

DR.
8-11-97    108030-0001

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re The Application of:    )
   Maiden et al.    )
       )
Serial No. 08/790,750    )
       )    Examiner: Dawson
Filed: January 27, 1997    )
       )    Art Unit: 1312
For: HAND-HELD ULTRAVIOLET    )
   WATER PURIFICATION SYSTEM    )

4/A
6/12/97

Cesari and McKenna
30 Rowes Wharf
Boston, MA  02110
(617) 951-2500

CERTIFICATE OF MAILING

    I hereby certify that the following Amendment is being
deposited with the United States Postal Service as First Class
Mail in an envelope addressed to the Commissioner of Patents
and Trademarks, Washington, D.C.  20231 on July 17, 1997.

Deborah S. Kirby

Honorable Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

AMENDMENT

    This is an Amendment in response to an Office Action dated
June 11, 1997.  Please amend claims 1, 5 and 8, and add new
claim 11 as set forth below:

108030-0001

AMENDED CLAIMS

*Sub B1* 1. A hand-held water purification system including:

    A.   a case that supports the system, the case having <u>an interior, an exterior</u> a first end and a second end and being sized to be held in one hand;

    B.   an ultraviolet lamp that extends <u>outwardly</u> from the first end of the case;

*A1*     C.   a quartz cover <u>having a first end and a second end, the quartz cover</u> [that fits] <u>fitting</u> over the ultraviolet lamp [and attaches]<u>, attaching at the first end</u> to the case <u>and extending outwardly from the exterior of the case</u>; and

    D.   a battery and associated ballast circuit that fit into the <u>interior of the</u> case and power the lamp;

wherein the quartz cover is submerged in the water and the lamp is turned on to purify the water.

*Sub B3* 5. A method of purifying water that is held in a container, the method including the steps of:

    A.   turning a hand-held water purification system on;

*A2*     B.   immersing <u>in the water to be purified</u> an ultraviolet lamp and associated quartz cover that <u>extend outwardly from other system components and form</u> [extend from] a first end of the system [in the water to be purified];

    C.   sensing that the lamp is immersed fully in the

- 2 -

108030-0001

water; and

*A 2*

    D.  turning the lamp on to emit ultraviolet radiation in
the container, the radiation purifying the water.

*Sub 85*  8.  A method of purifying water that is held in a container,
the method including the steps of:

    A.  immersing <u>in the water to be purified an outwardly</u>
<u>extending</u> [an] ultraviolet lamp and [an] associated
quartz cover [that form one end of a water
purification system in the water to be purified];

*A 3*

    B.  turning the lamp on to emit ultraviolet radiation in
the water; and

    C.  agitating the water by stirring the water with the
lamp and quartz cover end of the system, the radiation
from the lamp purifying the water.

NEW CLAIM

*Sub E 3*
*A 4*  11.  The method of purifying water of claim 10 further
including the step of removing the lamp and quartz cover from
the container after the lamp is shut off.

- 3 -

108030-0001

## REMARKS

We have carefully considered the Office Action dated June 11, 1997 in which claims 1 and 8 are rejected as anticipated by United States Patent 4,762,613 to Snowball and the remaining claims are rejected as obvious over a combination of the Snowball reference and one or more of United States Patent 5,628,895 to Zucholl and United States Patent 5,106,495 to Hughes. We have carefully considered the comments of the Examiner and have amended certain claims to more particularly point out the current invention. We have also amended the claims for grammatical reasons.

The invention is a system for purifying water that is held in a conventional container, such as a glass, cup or bowl. Thus, the container need not be, for example, the two chambered container required by the Snowball system or the jug with the flow-through valve required by the Zucholl system.

The current system includes a cylindrical case that houses a battery, switches and so forth, and an ultraviolet lamp and associated quartz cover that extend outwardly from the case. The lamp and quartz cover form one end of the system.

The lamp and sleeve are immersed in the water that is held in the container, and the system is turned on. As desired, the lamp and cover end of the system may be used to stir the water, to ensure that all of the water that is held in the

- 4 -

108030-0001

container comes sufficiently close to the lamp for purification.

A liquid sensor may be included in the system, to prevent the lamp from turning on before it is fully immersed in the water. A timer may also be included in the system, to turn the lamp off after a predetermined time in order to conserve battery power.

As discussed above, the Snowball system requires a two-chambered container that directs water flow from a first chamber that receives the water through a second chamber that houses an ultraviolet lamp and associated quartz sleeve. The lamp and sleeve are directed inwardly from the base of the second chamber. The water flows past them when the container is essentially up-ended, such that the water is directed from the first chamber through a passage to the base of the second chamber, and through the second chamber to an outlet at the top of that chamber.

The second chamber is dimensioned such that water entering the chamber flows close to the inwardly-directed ultraviolet lamp. To direct the flowing water in particular paths past the ultraviolet lamp, the quartz sleeve in the Snowball system may be grooved.

The Snowball system does not anticipate, teach or suggest the invention because, *inter alia*, the Snowball system does not anticipate, teach or suggest a water purification system

- 5 -

108030-0001

that includes an ultraviolet lamp and associated quartz sleeve
that extend **outwardly** to form an end of the system.
Accordingly, the Snowball reference does not teach or suggest
the invention as set forth in claims 1 and 8, as amended, and
the claims that depend therefrom.

Further, the grooved quartz sleeve of the Snowball system
that re-directs the flowing water past the inwardly-directed
ultraviolet lamp does not anticipate, teach or suggest the
step of stirring otherwise still, i.e., non-flowing, water
with an outwardly extending lamp and quartz cover end of the
current system.  Accordingly, the Snowball system does not
anticipate, teach or suggest the method of claim 8, as
amended, and the claims that depend therefrom.

The Zucholl system includes a reflective housing that
contains an ultraviolet lamp.  The Zucholl system further
includes a jug with a valve in the bottom through which water
is directed to a circulation subsystem.  The reflective
housing and the ultraviolet lamp contained therein are
positioned above the jug, to provide both direct and reflected
ultraviolet light to water that is held in the jug.
Accordingly, the ultraviolet lamp is not immersed in the
water.

The Zucholl reference discusses a mechanism for turning
off the system, for safety reasons, when the jug is removed.
However, since the Zucholl lamp is not immersed in the water

- 6 -

108030-0001

that is held in the jug, the shut-off mechanism does not operate in the same manner as the liquid sensor of pending claims 2, 5 and 9 and the claims that depend therefrom.

A combination of the Snowball and Zucholl references does not teach or suggest the current invention because, *inter alia*, the combination does not teach or suggest a water purification system that includes an ultraviolet lamp and associated quartz sleeve that extend **outwardly** to form an end of the system. Accordingly, the Snowball and Zucholl references alone or in combination do not teach or suggest the invention as set forth in pending independent claims 1, 5 and 8, as amended, and the claims that depend therefrom.

The Hughes reference alone or in combination with Snowball and Zucholl references does not teach or suggest the current invention because, *inter alia*, the reference alone or in combination does not teach or suggest a water purification system that includes an ultraviolet lamp and associated quartz sleeve that extend **outwardly** to form an end of the system.

We have reviewed the references cited as pertinent. We agree with the Examiner that none of these references teaches or suggests the water purification of the pending claims.

In light of the foregoing, Applicants submit that all claims are now in condition for allowance. The Commissioner is hereby authorized to charge any fees under 37 C.F.R. §§1.16 and 1.17 that may be required, or credit any overpayment, to

108030-0001

our Deposit Account No. 03-1237.

Respectfully submitted,

Patricia A. Sheehan
Reg. No. 32,301
Cesari and McKenna
30 Rowes Wharf
Boston, MA  02110
(617) 951-2500

- 8 -

# EXHIBIT C

*GAU 1312*

108030-0001

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re The Application of:          )
    Maiden et al.                  )
                                   )
Serial No. 08/790,750              )
                                   )   Examiner: Dawson
Filed: January 27, 1997            )
                                   )   Art Unit: 1312
For: HAND-HELD ULTRAVIOLET         )
    WATER PURIFICATION SYSTEM      )

Cesari and McKenna
30 Rowes Wharf
Boston, MA  02110
(617) 951-2500

CERTIFICATE OF MAILING

    I hereby certify that the following Amendment is being
deposited with the United States Postal Service as First Class
Mail in an envelope addressed to the Commissioner of Patents
and Trademarks, Washington, D.C.  20231 on November 18, 1997.

Deborah S. Kirby

Honorable Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

AMENDMENT

    In response to the Office Action dated October 15, 1997,

please amend claims 1, 2, 3, 5, 7, and 8-10 as set forth

below:

In the claims:

    1. A hand-held water purification system including:

- 1 -

108030-0001

A. a case that supports the system, the case having an
   interior, an exterior, a first end and a second end
   and being sized to be held in one hand;

B. an ultraviolet [lamp] <u>light source</u> that extends
   outwardly from the first end of the case;

C. [a quartz] <u>an ultraviolet transmissive</u> cover having a
   first end and a second end[, the quartz cover] <u>and</u>
   fitting over the ultraviolet [lamp] <u>light source</u>, <u>the</u>
   <u>cover</u> attaching at the first end to the case <u>to form a</u>
   <u>water-tight enclosure for the light source</u> and
   extending outwardly from [the exterior of] the case;
   and

D. a battery and associated ballast circuit that fit into
   the interior of the case and power the [lamp] <u>light</u>
   <u>source</u>;

wherein the [quartz] cover is submerged in the water and the
[lamp] <u>light source</u> is turned on to purify the water.

2. The system of claim 1 further including a liquid-level
sensor that prevents the [lamp] <u>light source</u> from turning on
until the [lamp] <u>light source</u> is immersed in water.

2.   The system of claim 2 further including a timing circuit
that turns the [lamp] <u>light source</u> off a predetermined time

- 2 -

108030-0001

*B2*

after the sensor turns the [lamp] <u>light source</u> on.

*Sub C2*

5. A method of purifying water that is held in a container, the method including the steps of:

   A. turning a hand-held water purification system on;

   B. immersing in the water to be purified an ultraviolet [lamp] <u>light source and associated water-tight</u> [quartz] <u>ultraviolet transmissive</u> cover that extend outwardly from other system components and form a first end of the system;

*B3*

   C. sensing that the [lamp] <u>light source</u> is immersed fully in the water; and

   D. turning the [lamp] <u>light source</u> on to emit ultraviolet radiation in the container, the radiation purifying the water.

*B4*

6. ~~7~~. The method of claim ~~5~~ 4 further including the step of turning the [lamp] <u>light source</u> off a predetermined time after the [lamp] <u>light source</u> is turned on.

*Sub C3*

8. A method of purifying water that is held in a container, the method including the steps of:

*B5*

   A. immersing in the water to be purified an outwardly extending ultraviolet [lamp] <u>light source</u> and associated <u>water-tight ultraviolet transmissive</u>

- 3 -

*13*

108030-0001

[quartz] cover;

B. turning the [lamp] <u>light source</u> on to emit ultraviolet radiation in the water; and

C. agitating the water by stirring the water with the [lamp] <u>light source</u> and [quartz] cover end of the system, the radiation from the [lamp] <u>light source</u> purifying the water.

11. 8. The method of claim 8 [9] further including the step of sensing that the [lamp] <u>light source</u> is immersed fully in the water before turning on the [lamp] <u>light source</u>.

7. 10. The method of claim 8 [4] further including the step of turning the [lamp] <u>light source</u> off a predetermined time after the [lamp] <u>light source</u> is turned on.

<u>REMARKS</u>

We thank the Examiner for a telephone interview on November 6, 1997, in which we discussed the cited prior art and a possible amendment to the claims. In response to the Office Action and our telephone conversation with the Examiner, we have amended independent claims 1, 5 and 8 to more particularly point out that the end of the current system that is immersed in water is water-tight.

The invention is a hand-held water purification system

- 4 -

108030-0001

that immerses an ultraviolet light source into a container of
water in order to purify the water.  As set forth in the
independent claims, the system includes a cover that forms a
water-tight enclosure for the light source, and prevents the
light source from being adversely affected by the water into
which it is immersed.

The Examiner cites United States Patent 4,981,651 to
Horng in combination with United States Patent 4,902,411 to
Lin as making obvious the current invention.  The Horng patent
describes an apparatus for sterilizing shoes.  There is no
teaching in the patent that would suggest such a system could
be used for purifying water.  Indeed, the Horng patent teaches
away from using such a device for purifying water because,
*inter alia*, the patent discusses actually drying the inner
soles of the shoes as part of the sterilizing operations.
(column 2, lines 39-41).  Further, as discussed in column 2,
lines 30-42 and lines 46 et seq., the shoe sterilizing
apparatus includes holes through which heated air is driven
into the shoes, to aid in the drying of the inner soles. Thus,
the system does not enclose the ultraviolet lamp used for
sterilization in a water-tight cover, and the lamp therefore
could not be immersed in water without adverse consequences.

The Lin drinking water purifier system, like water
purification systems of the previously cited prior art,
includes a special-purpose container and a mechanism for

- 5 -

108030-0001

circulating water past an ultraviolet light source.  The Lin
patent thus does not teach or suggest a system that purifies
water that is held in a conventional container.  Further, the
Lin reference does not teach or suggest a system in which an
ultraviolet light source and a water-tight cover form an end
of the system that is immersed in the water to be purified.

A combination of the Horng and Lin patents does not teach
or suggest the current invention, because, *inter alia*, it does
not teach or suggest a hand-held water purification system
that has as one end an ultraviolet light source that is
enclosed by a water-tight cover.  Further, the combination
does not teach or suggest a method of purifying water that
includes immersing an ultraviolet light source and a water-
tight cover into a container of water, turning the light
source on and, as necessary, agitating the water by stirring
the water with the light source and cover.

As discussed during the interview, the inventive system
includes, in its preferred embodiment, a mechanism that
prevents the ultraviolet light source from turning on until
the light source is fully immersed in the water.  The
container in which the water is housed and the water, or more
precisely the air/water interface, act as a shield for the
ultraviolet radiation, and thus, protect a user who is holding
the device from the adverse effects of exposure to the
radiation.  Using the container and the water as a shield is

- 6 -

108030-0001

discussed in the patent application on pages 3 and 4.

The claims, as amended, should now be in form for
allowance.  We respectfully request that the Examiner issue a
Notice of Allowance for all pending claims.  The Commissioner
is hereby authorized to charge any fees under 37 C.F.R. §§1.16
and 1.17 that may be required, or credit any overpayment, to
our Deposit Account No. 03-1237.

Respectfully submitted,

Patricia A. Sheehan
Reg. No. 32,301
Cesari and McKenna
30 Rowes Wharf
Boston, MA  02110
(617) 951-2500

- 7 -

# EXHIBIT D

DEC-04-98 FRI 11:19 AM   CESARI MCKENNA        FAX NO. 01185228271638        P. 04/08

108030-0001

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re The Application of:        )
    Maiden et al.                )
                                 )
Serial No. 08/790,750            )
                                 )    Examiner: McKane
Filed: January 27, 1997          )
                                 )    Art Unit: 1312
For: HAND-HELD ULTRAVIOLET       )
     WATER PURIFICATION SYSTEM   )

FAX RECEIVED
DEC 0 4, 1998
GROUP 1700

Cesari and McKenna
30 Rowes Wharf
Boston, MA  02110
(617) 951-2500

CERTIFICATE OF TRANSMISSION BY FACSIMILE

I hereby certify that the following Amendment is being
transmitted by facsimile to the Commissioner of Patents and
Trademarks, at facsimile number (703) 305-7719 on
December 4, 1998.

Deborah S. Kirby

Honorable Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

AMENDMENT AFTER FINAL REJECTION

In response to a telephone interview with the Examiner, we

propose to cancel claim 2, and amend claims 1, 5 and 11 as set

forth below:

1. A hand-held water purification system including:

    A. a case that supports the system, the case having an

       interior, an exterior, a first end and a second end

- 1 -

DEC-04-98 FRI 11:20 AM   CESARI MCKENNA          FAX NO. 0118522271638          P. 05/08

108030-0001

and being sized to be held in one hand;

B. a battery and associated ballast circuit that fit into
the interior of the case and power an ultraviolet
light source; [and]

C. an ultraviolet light source and associated ultraviolet
transmissive cover for immersion into non-flowing
water with the light source turning on to purify the
water, the ultraviolet light source extending

*E¹*  outwardly from the first end of the case and the
ultraviolet transmissive cover having a first end and
a second end and fitting over the ultraviolet light
source, the cover attaching at the first end to the
case to form a water-tight enclosure for the light
source and extending outwardly from the case; and

D. a liquid-level sensor that prevents the light source
from turning on until the light source is immersed in
water.

4/ 8. A method of purifying water that is held in a container,
the method including the steps of:

A. turning a hand-held water purification system on;

B. holding the system by hand, so as to immerse

*E²*  [immersing] in the water to be purified, an
ultraviolet light source and associated water-tight
ultraviolet transmissive cover that are part of the
hand-held water purification system and extend

- 2 -

DEC-04-98 FRI 11:20 AM   CESARI MCKENNA          FAX NO. 01185228271638           P. 06/08

108030-0001

outwardly from other system components to form a first
end of the system;

C. sensing that the light source is immersed fully in the
water;

D. turning the light source on to emit ultraviolet
radiation in the container, the radiation purifying
the water; and

E. turning the light source off and removing the light
source and associated cover from the water <u>after a</u>
<u>predetermined time associated with purifying the</u>
<u>water</u>.

---

8. 11. The method of purifying water of claim 10 further
including the step of removing the lamp and <u>water-tight</u>
<u>ultraviolet transmissive</u> [quartz] cover from the container
after the lamp is shut off.

---

- 3 -

DEC-04-98 FRI 11:20 AM   CESARI MCKENNA        FAX NO. 01185228271638        P. 07/08

108030-0001

## REMARKS

We would like to thank the Examiner for a telephone interview that began on November 30, 1998 and continued on December 2, 1998, in which we discussed allowable subject matter, the previously cited prior art, and a newly cited United States Patent 1,965,947 to Prouty. As discussed, the method claims, including claim 5 as amended above, include allowable subject matter, and a claim 1, amended to include the subject matter of claim 2, namely, a liquid level sensor, includes allowable subject matter. We also discussed a corrective amendment to claim 11.

We agree that claim 1 amended as set forth above is allowable. However, we disagree that the subject matter of claim 1, without amendment, is obvious over the previously and newly cited prior art. Accordingly, we make the proposed amendment set forth above to move the application to allowance, and we intend to file a continuation application to pursue broader claims.

The claims, as amended, should now be in form for allowance. We respectfully request that the Examiner enter this Amendment and issue a Notice of Allowance for all pending

- 4 -

108030-0001

claims.  The Commissioner is hereby authorized to charge any
fees under 37 C.F.R. $$1.16 and 1.17 that may be required, or
credit any overpayment, to our Deposit Account No. 03-1237.

Respectfully submitted,

Patricia A. Sheehan
Reg. No. 32,301
Cesari and McKenna
30 Rowes Wharf
Boston, MA  02110
(617) 951-2500

- 5 -

**EXHIBIT E**

PATENTS
108030-0001C1



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In Re The Application of: | ) | |
|    Miles Maiden et al. | ) | |
| | ) | |
| Serial No.: 09/256,054 | ) | Examiner: McKane |
| | ) | |
| Filed: February 23, 1999 | ) | |
| | ) | Art Unit: 1744 |
| For: HAND-HELD ULTRAVIOLET | ) | |
|      WATER PURIFICATION SYSTEM | ) | |
| | ) | |
| | ) | |

3/A
al A.
6/29/99

Cesari and McKenna, LLP
30 Rowes Wharf
Boston, MA 02110
June 23, 1999

Honorable Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

## AMENDMENT

In response to the Office Action dated April 14, 1999 please amend the claims as

follows:

---

10. The method of claim [5] 8 further including the step of turning the lamp off a prede-

termined time after the lamp is turned on.

---

NEW CLAIMS

11. A hand-held system for purifying water, the system including:

    A.    a drinking container for holding the water;

A Sub cl

A 2

Sub cl.

RECEIVED
JUN 2 7 1999
GROUP 1700

06/29/1999 HSMITH1 00000002 031237 09256054
01 FC:202          78.00 CH

1

PATENTS
108030-0001C1

B.    a case with an outwardly extending ultraviolet lamp, the lamp for submersion in the water that is held in the drinking container to provide ultraviolet emissions that purify the water;

C.    a quartz cover that fits over the ultraviolet lamp and connects to the case to protect the lamp from the water; and

D.    means for turning on the lamp, the means contained in the case.

12. The system of claim 11 further including a liquid-level sensor that prevents the lamp from turning on until the lamp is immersed in water.

13.  The system of claim 12 further including a timing circuit that turns the lamp off a predetermined time after the sensor allows the lamp to turn on.

14. The system of claim 12 wherein the means for turning on the lamp includes a battery.

15. The system of claim 14 wherein the battery is rechargeable and the system further includes a battery charger.

16. A method of purifying water that is held in a container, the method including the steps of:

A.    immersing an ultraviolet lamp and an associated quartz cover that form one end of a water purification system in the water to be purified;

B.    turning the lamp on to emit ultraviolet radiation in the water to purify the water; and

C.    agitating the water to expose all of the water in the container to the ultraviolet radiation.

2

PATENTS
108030-0001C1

17. The method of claim 16 further including the step of sensing that the lamp is immersed fully in the water before turning on the lamp.

18. The method of claim 16 further including the step of turning the lamp off a predetermined time after the lamp is turned on.

19. The method of claim 16 wherein the step of agitating the water includes agitating the water with the immersed ultraviolet lamp.

## REMARKS

We disagree that the invention as set forth in claims 1, 5 and 7 is obvious in light of United States Patent 5,276,256 to Karamian. The ´256 patent relates to a system for preventing bacterial passage into a *sterile* fluid. Accordingly, the system described in the ´256 patent does not initially sterilize, or purify, the fluid, and there is no teaching or suggestion that the system would allow unsterilized fluid into the system and/or that the system could purify the unsterile fluid with the included UV light source. Indeed, as stated in the ´256 patent, the principal object of that system is "to provide an apparatus for preventing bacterial contamination of water or other fluids *that have been previously treated to assure that they are sterile…*" (col. 1, lines 64-66 emphasis added). Accordingly, there is an implicit teaching that the system described in the ´256 patent cannot be used to initially sterilize the water or fluid supply.

The ´256 patent teaches a system that prevents recontamination of the sterile fluid by controlling bacterial build-up and growth at valves or faucets in a path through which the sterile fluid flows (col. 2, lines 1-6). Accordingly, the ´256 system provides UV radiation to the valves or faucets, and to the relatively small amount of accumulated fluid at

3

PATENTS
108030-0001C1

the valves or faucets, and not directly to the fluid supply. The fluid supply is instead held in a supply vessel that is not shown in the drawings (col. 2, lines 23-28), and there is no mention of how the fluid initially becomes sterile.

There is also no teaching or suggestion in the '256 patent that the UV lamp could be hand-held, particularly since the placement of the lamp in the fluid path relative to the associated stopcock is *the essential feature* of the system (col. 2, lines 28-34).

We further disagree that claims 6 and 8-10 are obvious over a combination of the '256 patent and United States Patent 5,173,269 to Mon et al.

The '269 patent describes a system that reduces the reactivity of toxic articles destined for disposal by curing a residue of a toxic fluid into a *relatively harmless solid* (col. 4, lines 37-44). See, also, col. 2, lines 31-33; col. 3, lines 50-54; col. 4, lines 34-36 of the '269 patent. The goal of the '269 system, which is to harden the residue in the container in which it resides (col. 2, lines 22-33), is completely incompatible with water purification.

The '269 system is described as working with UV curable materials, such as cur-able acrylate materials (Abstract), vinyl materials and so forth (col. 6, lines 44 et seq.) and materials that are used in "floor coverings, printing inks, furniture coverings, particle board, adhesives, printed wire circuit boards, and aircraft and automotive composites (col. 7, lines 1-4). The '269 system is thus used in environments in which the users must wear protective equipment such as gloves, coveralls, safety glasses and a respirator (col.1, lines 39-43; col. 4 lines 44 et seq.). There is no teaching or suggestion that the

4

PATENTS
108030-0001C1

system be used with a non-toxic, non-curable fluid, let alone with what will ultimately become potable water.

The container into which the '269 system is inserted is essentially emptied of fluid before the system is inserted therein (col. 4, lines 28-36). Accordingly, the UV light lamps are not immersed in a fluid. Further, while the '269 system may be moved relative to the residue that remains in the container, the system does not agitate, or stir, the residue. Accordingly, the '269 patent does not teach or suggest any of the method steps of claim 8 and, in particular, it does not teach or suggest the step of agitating the supply of water during purification as set forth in independent claims 8 and 16 and dependent claim 6.

The Federal Circuit requires a teaching, suggestion or motivation, other than what is taught by the invention, in order to combine references for an obviousness rejection. See, *In re Rouffet* 47 USPQ2d 1453, 1456 (Fed. Cir. 1998); *In re Oetiker* 24 USPQ2d 1443, 1446, (Fed. Cir. 1992); *In re Laskowski*, 10 USPQ2d 1397, (Fed. Cir. 1989). As discussed above, there is no teaching or suggestion to combine the systems of the '256 and '269 patents. Further, there is no motivation to combine teachings relating to the hardening of reactive, toxic residue, with teachings relating to the preventing of recontamination of a sterile fluid. Accordingly, a combination of these references should not be cited against the claims of the pending application.

The invention as a whole must be considered when evaluating obviousness, including the particular problem that is solved by the invention. See, *In re Oetiker* 24 USPQ2d 1443; *In re Laskowski* 10 USPQ2d 1397; *In re Wright* 6 USPQ2d 1959 (Fed.

5

PATENTS
108030-0001C1

Cir. 1988). The Federal Circuit requires that a reference relied on for an obviousness rejection must be directed to the same field of endeavor as the invention or, if not, it must be "reasonably pertinent to the particular problem with which the inventor was concerned." *In re Oetiker* at 1445. The problem solved by the current invention is the purification of unsterile water. It is not the prevention of recontamination of an already sterile fluid to which the '256 patent is directed. Further, it is not the hardening of reactive, toxic residue to which the '269 patent is directed. Indeed, the '269 patent is not directed to water purification at all and is thus not within the appropriate field of endeavor to be considered relevant to an obviousness rejection. Accordingly, either or both of these patents do not render the current system obvious, even if some aspects of the structure or method of use of the systems are arguably similar to those of the current system.

Even if there is some way in which the unrelated teachings of the two patented systems can be properly combined, the combination does not teach or suggest the current invention. Specifically, the teachings of the '269 patent add to the '256 system the use of a special configuration of UV lamps to provide more UV radiation to a faucet or valve in a path through which a sterile fluid flows. The combination does not teach or suggest the current invention because, *inter alia*, the combination does not teach or suggest a hand-held water purification system or method in which an outwardly extending UV light source is immersed in a supply of unsterile water and then turned on to purify the water, as set forth in the pending independent claims and the claims that depend therefrom.

The current system satisfies essentially all of the criteria for non-obviousness as set forth by the Federal Circuit. See, in *In re Rouffet* at 1456, and the cases cited therein.

6

PATENTS
108030-0001C1

As discussed in a response in the parent application, the results produced by the current system were surprising to one skilled in the art, as set forth in the Declaration of Anne Hanson (copy enclosed).

The device also solves a problem that meets a long felt need, namely, an effective, non-chemical hand-held water purification system. The Assignee of the patent application has been inundated with requests for the device ever since the device was featured in *Newsweek* magazine in October 1998, as discussed in the enclosed Declaration of Miles Maiden. The current system has also received tremendous amounts of unsolicited publicity in publications and on television world-wide. Further, the system is the subject of many standing requests to feature the device in print and on television.

All of this unsolicited publicity is occurring even *before* the device has hit the market. If the system did not solve a previously unsolved, long-felt problem, the system would not be receiving such unsolicited publicity. Further, if the system were obvious, it would have been on the market long before, given the high level of interest.

The claims should now be in form for allowance, and we ask that the Examiner reconsider her rejections and issue a Notice of Allowance.

7

PATENTS
108030-0001C1

Please charge any fee occasioned by this paper to our Deposit Account No. 03-1237.

Respectfully submitted,

*Patricia A. Sheehan*

Patricia A. Sheehan
Reg. No. 32,301
CESARI AND MCKENNA, LLP
30 Rowes Wharf
Boston, MA 02110-2699
(617) 951-2500

# EXHIBIT F

PATENTS
108030-0001C/

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re The Application of:                    )
    Miles Maiden et al.                       )
                                             )
Serial No.: 09/256,054                       )        Examiner: McKane
                                             )
Filed:  February 23, 1999                    )
                                             )        Art Unit: 1744
For:  HAND-HELD ULTRAVIOLET                  )
      WATER PURIFICATION SYS-                )
      TEM                                    )
                                             )

                                          Cesari and McKenna, LLP
                                          30 Rowes Wharf
                                          Boston, MA  02110
                                          November 18, 1999

Honorable Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

                              **AMENDMENT**

        In response to the Office Action dated August 3, 1999, please cancel claim 1,

amend claims 2, 3, 5, 7-14, and 16-19 and add new claims 20-28 as follows:

UNDERLINE AMENDED CLAIMS



    2. The system of claim [1] 20 further including a liquid-level sensor that prevents the

[lamp] light source from turning on until the [lamp] light source is immersed in water.

    3. The system of claim 2 further including a timing circuit that turns the [lamp] light

source off a predetermined time after the sensor turns the [lamp] light source on.

    5. A method of purifying a batch of unsterilized water that is held in a container, the

method including the steps of:

11/23/1999 MABAWI1   00000023 09256054
03 FC:202            78.00 OP
04 FC:203            63.00 OP

1

PATENTS
108030-0001C1

A.  turning a hand-held water purification system on;

B.  immersing an ultraviolet [lamp] light source and associated ultraviolet
transmissive cover that extend from a first end of the system in the batch
of unsterilized water [to be purified];

C.  sensing that the [lamp] light source is immersed fully in the unsterilized
water; [and]

D.  turning the [lamp] light source on to emit ultraviolet radiation in the batch
of unsterilized water in the container, the radiation purifying the water.

3 7. The method of claim 1 further including the step of turning the [lamp] light source off
a predetermined time after the [lamp] light source is turned on.

4 8. A method of purifying water that is held in a container, the method including the steps
of:

A.  immersing an ultraviolet [lamp] light source and an associated ultraviolet
transmissive cover that form one end of a water purification system in the
water to be purified;

B.  turning the [lamp] light source on to emit ultraviolet radiation in the water;
and

C.   agitating the water by stirring the water with the [lamp] light source and
cover end of the system, the radiation from the [lamp] light source puri-
fying the water.

5 9. The method of claim 4 further including the step of sensing that the [lamp] light source
is immersed fully in the water before turning on the [lamp] light source.

6 10. The method of claim 4 further including the step of turning the [lamp] light source
off a predetermined time after the [lamp] light source is turned on.

2

PATENTS
108030-0001C1

7. A hand-held system for purifying <u>unsterilized</u> water, the system including:

    A.    a drinking container <u>having at one end an opening through which water both enters and exits the container and a second closed end</u> for holding the water <u>in the container;</u>

    B.    a case with an outwardly extending ultraviolet [lamp] <u>light source</u>, the [lamp] <u>light source</u> for <u>submerging</u> [submersion] in the <u>unsterilized</u> water that is held in the drinking container [to provide] <u>and providing</u> ultraviolet emissions that purify the <u>unsterilized</u> water,

    C.    [an ultraviolet transmissive cover that fits over the ultraviolet lamp and connects to the case to protect the lamp from the water; and] <u>control</u> means for turning [on] the [lamp] <u>light source on and off</u>, the <u>control</u> means <u>being</u> contained in the case.

8. The system of claim 7 further including a liquid-level sensor that prevents the [lamp] <u>light source</u> from turning on until the [lamp] <u>light source</u> is immersed in water.

9. The system of claim 8 further including a timing circuit that turns the [lamp] <u>light source</u> off a predetermined time after the sensor allows the [lamp] <u>light source</u> to turn on.

10. The system of claim 8 wherein the means for turning on the [lamp] <u>light source</u> includes a battery.

16. A method of purifying water that is held in a container, the method including the steps of:

    A.    immersing an ultraviolet [lamp] <u>light source</u> and an associated quartz cover that form one end of a water purification system in the water to be purified;

PATENTS
108030-0001C1

B.    turning the [lamp] light source on to emit ultraviolet radiation in the water to purify the water; and

C.    agitating the water to expose all of the water in the container to the ultra-violet radiation.

 *13* 17. *12* The method of claim 16 further including the step of sensing that the [lamp] light source is immersed fully in the water before turning on the [lamp] light source.

 *14* 18. *12* The method of claim 16 further including the step of turning the [lamp] light source off a predetermined time after the [lamp] light source is turned on.

*15* 19. *12* The method of claim 16 wherein the step of agitating the water includes agitating the water with the immersed ultraviolet [lamp] light source.



NEW CLAIMS

*16* 20. A hand-held water purification system for purifying unsterilized water in batches, the system including:

A.    an ultraviolet light source;

B.    an ultraviolet transmissive cover that fits over the light source;

C.    power means for supplying power to the light source; and

D.    a case that contains the power means and connects to the ultraviolet transmissive cover to form a water-tight enclosure for the ultraviolet light and the power means.

*20* 21. *16* The system of claim 20 wherein the power means includes a battery and an associated ballast circuit.

*21* 22. *16* The system of claim 20 wherein the case includes



4

PATENTS
108030-0001C1

    a.    a first section and a second section that separate to provide access to the power means, and

    b.    sealing means for making a water-tight seal between the first and second sections.

23. The system of claim 21 wherein the sealing means is a gasket.

24. The system of claim 16 further including in the case a control means for switching the ultraviolet light source on to purify a batch of unsterilized water and thereafter switching the light source off.

24. A hand-held system for purifying unsterilized water, the system including:

    A.    a case with an outwardly extending ultraviolet light source, the light source for submerging in the unsterilized water and providing ultraviolet emissions that purify the unsterilized water,

    B.    control means for turning the light source on and off, the control means being contained in the case.

    C.    an ultraviolet transmissive cover that fits over the ultraviolet lamp and connects to the case in a water-tight manner to protect the lamp and the control means from the water.

25. The system of claim 24 wherein the control means includes

    a.    a switch; and

    b.    a timer for operating the switch to turn the light source off a predetermined time after the light source turns on.

26. A method of purifying a batch of unsterilized water that is held in a container, the method including the steps of:

5

PATENTS
108030-0001C1

A.    immersing an ultraviolet light source and an associated ultraviolet trans-
missive cover that form one end of a water purification system in the
batch of unsterilized water that is held in the container;

B.    turning the light source on to emit ultraviolet radiation in the batch of un-
sterilized water in order to sterilize the water;

C.    turning the light source off; and

D.    removing the light source from the batch of water held in the container.

28. The method of claim 27 wherein the step of turning the light source off further in-
cludes turning the light source off a predetermined time after turning the light source on.

## REMARKS

We thank the Examiner for the recent interview and discussion of the pending
claims and the cited prior art.  We have carefully considered the Office Action dated
August 3, 1999 and in response to the Office Action and the interview, we have can-
celed claim 1 and replaced it with new claim 20, added new claims 21 – 28 and
amended claims 5 and 11 as set forth above.  We have also amended various other
claims for consistency purposes.  As discussed in the interview, we are filing herewith
a terminal disclaimer to overcome the double patenting rejection.

Claims 5 and 11 are amended to more particularly point out that the ultraviolet
light source of the current system is immersed in a batch of unsterilized water and
turned on to sterilized the batch of water.  This is in contrast to the system discussed in
the Karamian patent, in which the water in the system is sterilized *before* it enters the
system.  The lamp in the Karamian system is thus not used to sterilize a batch of un-
sterilized water.  Further, there is no teaching or suggestion of using the lamp in the
Karamian system in such a manner.  Accordingly, the Karamian patent does not teach

PATENTS
108030-0001C1

or suggest the invention of amended claims 5 and 11, the claims that depend therefrom, or new claims 27 and 28.

Claim 20 replaces claim 1 and more particularly points out that a case that encloses both the ultraviolet light source and the associated power means protects both from the water. In contrast, the Karamian system includes an apparatus 12 that is shaped specifically to hold one end of the lamp in the path of the sterile water, and the other end of the lamp out of the path of the water. The end of the lamp that is held out of the path of the water is the one that, through a cord indicated in the drawings, connects the lamp to whatever circuitry provides power to the lamp. With this connection end of the lamp and the power circuitry held out of the water, there is no teaching or suggestion to include in the Karamian system a case that assembles in a water-tight manner to protect the lamp, the power circuitry and any interconnections from the water. Accordingly, the Karamian patent does not teach or suggest the system of claim 20 and the claims that depend therefrom. Further, there is no teaching or suggestion in the Karamian patent of a case that protects from the water both the lamp and the control circuitry that turns the lamp on and off, as set forth in new claim 25 and the claims that depend therefrom.

The claims as amended should now be in form for allowance. We request that the Examiner reconsider her rejections and issue a Notice of Allowance for all pending claims.

PATENTS
108030-0001C1

Please charge any additional fee occasioned by this paper to our Deposit Account No. 03-1237.

Respectfully submitted,

*Patricia A. Sheehan*

Patricia A. Sheehan
Reg. No. 32,301
CESARI AND MCKENNA, LLP
30 Rowes Wharf
Boston, MA  02110-2699
(617)  951-2500

8

# EXHIBIT G

# (FILED UNDER SEAL)