UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HYDRO-PHOTON, INC.,
a Maine Corporation

        Plaintiff,

v.

MERIDIAN DESIGN, INC., a California
Corporation

        Defendant.

Civil Action No. 05-11240 GAO

**PLAINTIFF HYDRO-PHOTON, INC.'S STATEMENT OF DISPUTED FACTS IN OPPOSITION TO DEFENDANT MERIDIAN DESIGN, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Plaintiff, Hydro-Photon, Inc. ("HPI"), submits its statement of disputed facts in opposition to Defendant, Meridian Design, Inc.'s ("MDI's") Motion For Summary Judgment of Non-Infringement.

    I.    HPI admits the following facts set forth in Defendant Meridian Design, Inc.'s Statement of Material Facts In Support of Its Motion for Summary Judgment of Non-Infringement ("MDI's Fact Statement"):

    1, 2, 3, 9, 10, 11, 13 and 18.

    II.    HPI disputes the following facts set forth in MDI's Fact Statement for the reasons stated next to each fact number:

    4.    The description is accurate for an embodiment of HPI's device described in the specification of the patent, not for the "claimed device."

    5.    See 4 above.

    6.    See 4 above.

1

7. The claims are part of the specification and they describe more than one embodiment.

8. See 7 above.

19. The statement is inaccurate to the extent it suggests the amendment to the claim was made to overcome a prior art rejection.

20. See 19 above.

III. The following facts are disputed for the reasons set forth in the Declaration of Miles Maiden in Support of Hydro-Photon, Inc.'s Cross Motion for Partial Summary Judgment of Infringement and in Plaintiff Hydro-Photon, Inc.'s Memorandum In Opposition To Defendant Meridian Design, Inc.'s Motion For Summary Judgment Of Noninfringement, And In Support of Plaintiff's Cross Motion For Partial Summary Judgment of Infringement at pages 13-15:

14, 15, 16, 17.

Dated: 11/28/05

Hydro-Photon, Inc., Inc.
By its attorneys,

Thomas C. O'Konski BBO #378,265
John L. Capone BBO #656,150
Kevin Gannon BBO #640,931
CESARI and MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 951-2500
Facsimile: (617) 951-3927

COUNSEL FOR PLAINTIFF, HYDRO-PHOTON, INC.

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 28th day of November, 2005 a copy of the foregoing document is being served by First Class mail upon the following counsel for the defendant:

    Christopher Centurelli, Esq.
    Jeffrey L. Snow, Esq.
    Kirkpatrick & Lockhart
    Nicholson Graham LLP
    75 State Street
    Boston, MA  02109

    Peter M. Midgley, Esq.
    Holland & Midgley, LLP
    802 West Bannock Street
    Suite 305
    P.O. Box 1840
    Boise, ID  83701

_____