FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE **ORIGINAL**
DISTRICT OF MASSACHUSETTS

2005 NOV 28  P 4: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

HYDRO-PHOTON, INC.,
a Maine Corporation

    Plaintiff,

v.

MERIDIAN DESIGN, INC., a California
Corporation

    Defendant.

Civil Action No. 05-11240 GAO

## PLAINTIFF HYDRO-PHOTON, INC.'S MOTION FOR IMPOUNDMENT OF HIGHLY CONFIDENTIAL DOCUMENTS

Pursuant to Local Rule 7.2 and paragraph 10 of the Stipulated Protective Order entered by the Court on November 14, 2005, Plaintiff, Hydro-Photon, Inc. ("HPI"), respectfully moves the Court for the entry of an order, in the form attached as Exhibit B to the Stipulated Protective Order, impounding the pleadings contained in the attached sealed envelope and identified by title on the label on that envelope.

These pleadings contain information that has been designated as Highly Confidential - Outside Counsel Eyes Only by defendant, Meridian Design, Inc. in this case.

Respectfully submitted,
Hydro-Photon, Inc.
By Its Attorneys,

Dated: 11/28/05

Thomas C. O'Konski  BBO #377475
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, Massachusetts 02210
(617) 951-2500

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of November, 2005, a copy of the foregoing document is being served by First Class mail upon the following counsel for the defendant:

> Christopher Centurelli, Esq.
> Jeffrey L. Snow, Esq.
> Kirkpatrick & Lockhart
> Nicholson Graham LLP
> 75 State Street
> Boston, MA 02109

> Peter M. Midgley, Esq.
> Holland & Midgley, LLP
> 802 West Bannock Street
> Suite 305
> P.O. Box 1840
> Boise, ID 83701

_____