UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYDRO-PHOTON, INC.,<br>            Plaintiff,<br>v.<br>MERIDIAN DESIGN, INC.,<br>            Defendant. | C.A. No. 05-11240 GAO |

**WITHDRAWAL OF REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**

Defendant Meridian Design, Inc. ("Meridian") withdraws its request for an extension of time of seven days, ***up to and including December 19, 2005***, to respond to the cross motion for summary judgment of Plaintiff Hydro-Photon, Inc. (Dkt. No. 27.)

Dated: December 12, 2005

Respectfully submitted,

/s/Christopher Centurelli
Jeffrey L. Snow (BBO #566388)
Christopher Centurelli (BBO #330860)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

Peter Midgley
Matthew Whipple
HOLLAND & MIDGLEY, LLP
P.O. Box 1840
Boise, ID 83701
(208) 336-1234

Attorneys for Defendant
Meridian Design, Inc.