UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HYDRO-PHOTON, INC.,
a Maine Corporation

         Plaintiff,

v.                                                          Civil Action No. 05-11240 GAO

MERIDIAN DESIGN, INC., a California
Corporation

         Defendant.

## ~~[PROPOSED]~~ ORDER OF IMPOUNDMENT

There having been filed a motion requesting impoundment of certain Confidential

Information or Highly Confidential Information within the meaning of the Stipulated Protective

Order entered by the Court on Nov. 14, 2005, and it appearing that there is good cause to

impound such Confidential Information or Highly Confidential Information;

IT IS HEREBY ORDERED that the material identified as follows:

Materials Attached to Docket Entry #26 shall be impounded until sixty (60) days after the

entry of final judgment herein, including any applicable appeal period. Thereafter, the

Confidential Information or Highly Confidential Information shall be returned to counsel for the

party who filed it. Such counsel shall handle the material returned to them according to the terms

of the Stipulated Protective Order entered by the Court.

/s/George A. O'Toole, Jr.
_____

1/13/06
Dated: _____,