UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HYDRO-PHOTON, INC.,
a Maine Corporation

        Plaintiff,

v.

MERIDIAN DESIGN, INC., a California Corporation

        Defendant.

Civil Action No. 05-11240 GAO

## PLAINTIFF HYDRO-PHOTON, INC.'S MOTION TO ADMIT NICK E. WILLIAMSON *PRO HAC VICE*

Pursuant to the provisions of LR 83.5.3(b), Plaintiff Hydro-Photon, Inc. ("Hydro-Photon") hereby moves to admit *pro hac vice* attorney Nick E. Williamson, Esq., of the law firm of Bryan Cave LLP, 211 North Broadway, Suite 3600, St. Louis, MO 63102. A certificate of good standing for Mr. Williamson is attached hereto as Exhibit A. This motion is made on behalf of Hydro-Photon by the undersigned counsel who is a member of the bar of this Court.

Respectfully submitted,

Dated: July 13, 2007

/s/ Kevin Gannon
Thomas C. O'Konski  BBO #378265
Kevin Gannon BBO #640931
CESARI and MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone:  (617) 951-2500
Facsimile:  (617) 951-3927

COUNSEL FOR PLAINTIFF, HYDRO-PHOTON, INC.

<u>**EXHIBIT A**</u>

**CERTIFICATE OF NICK E. WILLIAMSON IN SUPPORT OF THE MOTION FOR LEAVE TO PRACTICE IN THIS COURT UNDER LOCAL RULE 83.5.3**

I, Nick E. Williamson, respectfully request admission to practice before the United States District Court for the District of Massachusetts in the matter of Hydro-Photon, Inc. v. Meridian Design, Inc. (Civil Action No. 05-11240 GAO). Pursuant to Local Rule 83.5.3, hereby certify the following:

1. I have been admitted to practice before the State of Missouri (Bar No. 56,925), the District of Columbia (Bar No. 492,889) and the United States District Court for the Eastern District of Missouri (Bar No. 537,303). I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

Dated: July 13, 2007

/s/ Nick E. Williamson
Nick E. Williamson
*Pro Hac Vice Admission Pending*
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Fax: (314) 259-2020