UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYDRO-PHOTON, INC.,<br>          Plaintiff,<br>v.<br>MERIDIAN DESIGN, INC.,<br>          Defendant. | C.A. No. 05-11240 GAO |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to L.R. 83.5.2(c), attorney Matthew Whipple serves notice and seeks leave to withdraw as counsel for Defendant Meridian Design, Inc. ("Defendant") in the above-captioned matter. Defendant continues to be represented by Christopher Centurelli and Jeffrey L. Snow of Kirkpatrick & Lockhart Preston Gates Ellis LLP; there are no motions pending before the court; no trial date has been set; and no reports, oral or written, are due. A Status Conference is set for September 10, 2007, at 2:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.

WHEREBY, attorney Matthew Whipple serves notice and seeks leave to withdraw as counsel for Defendant Meridian Design, Inc. in the above-captioned matter.

Dated: July 31, 2007

_____
Matthew Whipple
80 Cottonwood Creek CT
Suite 150
Eagle, ID 83616

Respectfully submitted,

/s/ Christopher Centurelli
Jeffrey L. Snow (BBO #566388)
Christopher Centurelli (BBO #330860)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

Attorneys for Defendant
Meridian Design, Inc.

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participates as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 16, 2007.

        /s/ Christopher Centurelli
        Christopher Centurelli (BBO #640974)